Electronically Filed

**Entered on Docket
November 02, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for MSM 2007-7AX
09-75458 / 1127134771

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-12387-bam |
| Vinnie V. Sayphone | MS Motion No.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,712.66 (June 1, 2009-September 1, 2009) | $6,850.64 |
| 3 Late Charges at $68.50 each (June 16, 2009-August 16, 2009) | $ 205.50 |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Total Arrearages | $7,956.14 |

The above arrearage shall be paid in five (5) monthly installments of $1,326.02 and one (1) monthly installment of $1326.04. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the October 15, 2009 payment and continuing throughout and concluding on or before March 15, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 8048 Anasazi Ranch Ave., Las Vegas, NV 89131, and legally described as follows:

Parcel 1:

Lot 17, Block 1, CIMARRON US 95, as shown by Map thereof on file in Book 124 of Plats, page 52 in the office of the County Recorder of Clark County, Nevada.

Parcel Two (2)

A non-exclusion easement for ingress, egress, use and enjoyment and public utility purposes on, over and across the Private Streets and Common Area on the Map referenced hereinabove, which easement is appurtenant to Parcel One (1

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon

Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _S/GREGORY L. WILDE_
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                               Narrah F. Newark

By _____                By _____

Kathleen A Leavitt                               Narrah F. Newark
Chapter 13 Trustee                              Attorney for Debtors
201 Las Vegas Blvd., So. #200          2300 W. Sahara #500, Box 34
Las Vegas, NV 89101                         Las Vegas, NV 89102

Nevada Bar No._____